UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 DEC -3 PM 1: 51

CLERK

BY_____
DEPUTY CLERK

Tennyson Agostinho Brito, )
)
    Plaintiff, )
)
v. ) Case No. 2:25-cv-730
)
Director, United States Citizenship and )
Immigration Services, )
)
    Defendant. )

## ORDER OF DISMISSAL

On September 17, 2025, Plaintiff's Application to Proceed *in forma pauperis* ("IFP") was denied without prejudice because it did not demonstrate poverty. (Doc. 4.) Plaintiff was provided the opportunity to either pay the case filing fee or refile the application with an affidavit demonstrating the inability to pay the filing fee. Plaintiff was informed that should they fail to pay the filing fee or to refile a complete IFP application on or before October 17, 2025, this case "shall be dismissed without prejudice." *Id.* at 3.

Because Plaintiff has not responded to the court's Order, paid the filing fee, or refiled an IFP Application, this case is DISMISSED. The Clerk of Court is directed to close the case file. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 3rd day of December, 2025.

_____
Geoffrey W. Crawford, District Judge
United States District Court